709 A.2d 906

**In re Nomination Petition of J. Richard LYNCH, Republican Candidate for Lieutenant Governor.**

**Appeal of J. Richard LYNCH.**

Supreme Court of Pennsylvania.

Submitted May 1, 1998.

Decided May 19, 1998.

## ORDER

PER CURIAM:

AND NOW, this 19th day of May, 1998, the order of the Commonwealth Court of Pennsylvania is AFFIRMED.